# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re: §
§
Aderinto, Adebowale Richard § Case No. 17-38275
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/29/2017 . The undersigned trustee was appointed on 01/31/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   39,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 73.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 38,926.47 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/10/2018  and the deadline for filing governmental claims was  10/10/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,650.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,650.00 , for a total compensation of $ 4,650.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 18.78 , for total expenses of $ 18.78 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/06/2019                        By:/s/R. SCOTT ALSTERDA
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 17-38275 LAH Judge: LaShonda A. Hunt | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | Aderinto, Adebowale Richard | Date Filed (f) or Converted (c): | 12/29/17 (f) |
| | | 341(a) Meeting Date: | 01/31/18 |
| For Period Ending: | 03/06/19 | Claims Bar Date: | 10/10/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium or cooperative 1324 W Greenleaf 2C | 55,000.00 | 3,000.00 | | 3,000.00 | FA |
| 2. Condominium or cooperative 1324 W Greenleaf 2D | 37,500.00 | 0.00 | | 0.00 | FA |
| 3. 2012 Toyota Prius (KBBTitle under Mr. Richard Cab | 3,253.00 | 0.00 | | 0.00 | FA |
| 4. 2012 Toyota Prius (KBB) mileage: 183000 | 1,527.50 | 0.00 | | 0.00 | FA |
| 5. 2012 Toyota Sienna (KBB) mileage: 183000 | 1,527.50 | 0.00 | | 0.00 | FA |
| 6. Used Household Goods | 100.00 | 0.00 | | 0.00 | FA |
| 7. Used Electronics (TV, Cell Phone, Etc) | 75.00 | 0.00 | | 0.00 | FA |
| 8. Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9. Used Jewelry (Wedding Ring) | 250.00 | 0.00 | | 0.00 | FA |
| 10. Citi Bank | 750.00 | 0.00 | | 0.00 | FA |
| 11. Citi Bank | 450.00 | 0.00 | | 0.00 | FA |
| 12. PNC Bank | 350.00 | 0.00 | | 0.00 | FA |
| 13. TCF Bank | 135.00 | 0.00 | | 0.00 | FA |
| 14. BMO Harris Bank | 0.00 | 0.00 | | 0.00 | FA |
| 15. Mr. Richard Cab Company | 1.00 | 0.00 | | 0.00 | FA |
| 16. Medallion-5420, Medallion-2166, Medallion-3662 | 90,000.00 | 36,000.00 | | 36,000.00 | FA |
| 17. 2009 Toyota Venza (KBB) mileage: 155000 (u) | Unknown | 0.00 | | 0.00 | FA |
| 18. Potential lawsuit against 1324 W Greanleaf Condo A (u) | Unknown | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $191,119.00 | $39,000.00 | | $39,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 17-38275   LAH   Judge: LaShonda A. Hunt | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | Aderinto, Adebowale Richard | Date Filed (f) or Converted (c): | 12/29/17 (f) |
| | | 341(a) Meeting Date: | 01/31/18 |
| | | Claims Bar Date: | 10/10/18 |

Initial Projected Date of Final Report (TFR): 12/31/18   Current Projected Date of Final Report (TFR): 03/15/19

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 17-38275 -LAH | |
| Case Name: | Aderinto, Adebowale Richard | |
| Taxpayer ID No: | *******2643 | |
| For Period Ending: | 03/06/19 | |

| | | |
|---|---|---|
| Trustee Name: | R. SCOTT ALSTERDA | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2887 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/18 | 1, 16 | Citibank, NA<br>Remitter: Adebowale Richard Aderinto<br>One Penn's Way<br>New Castle, DE 19720 | Settlement Funds [Dkt. 23] | 1129-000 | 15,000.00 | | 15,000.00 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.95 | 14,987.05 |
| 10/12/18 | 16 | Citibank, NA<br>Remitter: Adebowale Richard Aderinto<br>One Penn's Way<br>New Castle, DE 19720 | Sale Funds [Dkt. 23] | 1129-000 | 5,000.00 | | 19,987.05 |
| 11/07/18 | 16 | Citibank, NA<br>Remitter: Adebowale Richard Aderinto<br>One Penn's Way<br>New Castle, DE 19720 | Sale Funds [DKT. 23] | 1129-000 | 5,000.00 | | 24,987.05 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.35 | 24,960.70 |
| 12/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.23 | 24,926.47 |
| 12/12/18 | 16 | Citibank, NA<br>Remitter: Adebowale Richard Aderinto<br>One Penn's Way<br>New Castle, DE 19720 | Sale Funds [Dkt 23] | 1129-000 | 5,000.00 | | 29,926.47 |
| 12/12/18 | 16 | Citibank, NA<br>Remitter: Adebowale Richard Aderinto<br>One Penn's Way<br>New Castle, DE 19720 | Sale Funds [Dkt 23] | 1129-000 | 9,000.00 | | 38,926.47 |

Page Subtotals 39,000.00 73.53

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-38275 -LAH | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | Aderinto, Adebowale Richard | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2887 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2643 | | |
| For Period Ending: | 03/06/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | 39,000.00 | 73.53 | 38,926.47 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 39,000.00 | 73.53 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 39,000.00 | 73.53 | |
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | TOTAL - ALL ACCOUNTS | | | |
| | Checking Account (Non-Interest Earn - ********2887 | 39,000.00 | 73.53 | 38,926.47 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 39,000.00 | 73.53 | 38,926.47 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/    R. SCOTT ALSTERDA    Date: 03/06/19
R. SCOTT ALSTERDA

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 06, 2019 |
|---|---|---|---|---|---|---|

Case Number: 17-38275  
Debtor Name: Aderinto, Adebowale Richard  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $4,650.00 | $0.00 | $4,650.00 |
| 002<br>2200-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $18.78 | $0.00 | $18.78 |
| 003<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $6,489.00 | $0.00 | $6,489.00 |
| 004<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $27.51 | $0.00 | $27.51 |
| 005<br>3410-00 | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Administrative | | $1,404.50 | $0.00 | $1,404.50 |
| 000001<br>070<br>7100-00 | LOMTO Federal Credit Union<br>Andreou & Casson, Ltd.<br>661 West Lake Street, Suite 2N<br>Chicago, IL 60661 | Unsecured | | $348,338.60 | $0.00 | $348,338.60 |
| 000002<br>070<br>7100-00 | PNC Bank<br>Attn: Bankruptcy Department<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | Unsecured | | $1,468.97 | $0.00 | $1,468.97 |
| | Case Totals: | | | $362,397.36 | $0.00 | $362,397.36 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-38275
Case Name: Aderinto, Adebowale Richard
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $ 38,926.47

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 4,650.00 | $ 0.00 | $ 4,650.00 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 18.78 | $ 0.00 | $ 18.78 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 6,489.00 | $ 0.00 | $ 6,489.00 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 27.51 | $ 0.00 | $ 27.51 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $ 1,404.50 | $ 0.00 | $ 1,404.50 |

Total to be paid for chapter 7 administrative expenses $ 12,589.79

Remaining Balance $ 26,336.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 349,807.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LOMTO Federal Credit Union | $ 348,338.60 | $ 0.00 | $ 26,226.08 |
| 000002 | PNC Bank | $ 1,468.97 | $ 0.00 | $ 110.60 |
| | Total to be paid to timely general unsecured creditors | | $ | 26,336.68 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE