# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ADEBOWALE ADERINTO | ) | CHAPTER 7 |
| | ) | |
| | ) | Case No. 17-38275 |
| | ) | |
| DEBTOR | ) | HON. LASHONDA A. HUNT |
| | ) | |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:   KUTCHINS, ROBBINS & DIAMOND, LTD.

Authorized to Provide
Professional Services to:   R. SCOTT ALSTERDA, TRUSTEE

Date of Order authorizing Employment: December 27, 2018

Period for Which
Compensation is Requested:  From January 4, 2019 through January 24, 2019

Amount of Fees Requested:   $ 1,404.50

Amount of Expense Reimbursement Requested:  $0.00

This is an:  Interim Application_____   Final Application__X__

Previous applications / allowances of this applicant:

Fees Sought:  NONE          Fees Allowed:  NONE
Costs Sought:  NONE         Costs Allowed:  NONE

Applicant:

Date:  January 24, 2019

By: _____Lois West_____

Lois West, CPA
Certifying Professional

KUTCHINS, ROBBINS & DIAMOND, LTD.
35 E. Wacker Drive, Suite 690
Chicago, IL  60601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  ADEBOWALE ADERINTO | ) | CASE NO. 17-38275 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | JUDGE LASHONDA A. HUNT |
| DEBTOR | ) | |

TO: THE HONORABLE LASHONDA A. HUNT
    BANKRUPTCY JUDGE

### FINAL APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Kutchins, Robbins & Diamond, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on December 29, 2017 and this Court on December 27, 2018 authorized the employment of the firm of Kutchins, Robbins & Diamond, Ltd. to serve as accountant for the trustee effective as of December 12, 2018.

2. Applicant requests $ 1,404.50 in compensation for 5.3 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period January 4, 2019 through January 24, 2019.

3. A description of the nature of the services rendered by the Applicant is as follows:

> Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the year ended December 31, 2018 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 5.3 | $265 | $ 1,404.50 |
| Total | 5.3 | | $ 1,404.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $1,404.50 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: January 24, 2019                    RESPECTFULLY SUBMITTED,

*Lois West* (signature)

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601