UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 17-38275 |
| | ) | Chapter 7 |
| ADEBOWALE RICHARD ADERINTO, | ) | Honorable LaShonda A. Hunt |
| | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that on March 7, 2019, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

**Jonathan R Haddad**
Jonathan R Haddad Law Offices
1147 W. 175th Street
Homewood, IL 60430
(708) 259-3337
Email: jonathan@jrhaddadlaw.com
*(Attorney for Debtor)*

representing

**Adebowale Richard Aderinto**
1324 W. Greenleaf Ave., Apt. 3D
Chicago, IL 60626
*(Debtor 1)*

and I hereby further certify that on March 7, 2019, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

1

4838.7096.9160.1

Adebowale Richard Aderinto
1324 W. Greenleaf Ave., Apt. 3D
Chicago, IL 60626

Andreou & Casson, Ltd.
661 West Lake Street
Chicago, IL 60661-1034

Cook County Treasurer's Office
118 North Clark Street, Room 112
Chicago, IL 60602-1590

Lomto Credit Union
50-24 Queens Blvd.
Woodside, NY 11377-4463

Nationstar Mortgage LLC
350 Highland
Houston TX 77009-6623

Nationstar Mortgage LLC
Attn: Bankruptcy
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

PNC Bank
Attn: Bankruptcy Department
PO Box 94982
Mailstop BR-YB58-01-5
Cleveland, OH 44101-4982

Mr. Richard Cab Company
c/o Blue Diamond Tax Association
3551 W. Addison Street
Chicago, IL 60618

1324 W. Greenleaf Condo Association
1324 W. Greenleaf
Chicago, IL 60626

Andreou & Casson, Ltd.
661 W. Lake Street
Chicago, IL 60661

Konstantine Sparagis
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson, Suite 4E
Chicago, IL 60607


Dated: March 7, 2019

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Adebowale Richard Aderinto, Debtor

/s/  R. Scott Alsterda
*One of the Trustee's attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
Email: rsalsterda@nixonpeabody.com

4838-6006-4386.1